IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

**FILED**

98 JAN 14 PH 3:31

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 97-S-2697-NE |
| | ) |
| ARNETTIE GRAYS, | ) |
| | ) |
| Defendant. | ) |

**ENTERED**

**JAN 1 5 1998**

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Arnettie Grays, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.  The Summons and Complaint were served upon Defendant on October 22, 1997; Defendant has failed to appear, plead, or otherwise defend.

2.  Defendant, Arnettie Grays, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.  Defendant, Arnettie Grays, is indebted to Plaintiff in the principal sum of $1,286.42, U.S. Marshal costs of $46.20, administrative charges of $87.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $743.29 as of January 7, 1998, plus interest at the prevailing legal rate from the date of judgment.

4.  Plaintiff is due to recover from Defendant, Arnettie Grays, the sum of $2,312.91,

5

plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional

costs.  An abstract of judgment will be entered accordingly.

Done this the __14th__ day of January, 1998.

UNITED STATES DISTRICT JUDGE